UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**APPEARANCE**

------------------------------------

**ELAINE L. CHAO**, Secretary of Labor,   )
United States Department of Labor,        )
                                          )   Case No.:
            Plaintiff,                    )
      v.                                  )
                                          )   FILED
**DAVID J. JACOBS, NORTHWESTERN**         )   MAY 12, 2008                YM
**PLATING WORKS, INC.,** and              )   08CV2725
**NORTHWESTERN PLATING WORKS, INC.**      )   JUDGE LINDBERG
**PROFIT SHARING PLAN,**                  )   MAGISTRATE JUDGE KEYS
                                          )
            Defendants.                   )
------------------------------------

To the Clerk of this Court and all parties of record:

    I, Ruben R. Chapa, enter my Appearance as counsel in this case for   **Elaine L. Chao, Secretary of Labor, United States Department of Labor**   .

    Furthermore I agree to be subject to the jurisdiction and rules of the United States District Court, Northern District of Illinois, Eastern Division governing professional conduct.


_May 12, 2008_                        _s/ Ruben R. Chapa_
Date                                     Signature
                                       _Ruben R. Chapa, Esq._
                                       Print Name
                                       _230 S. Dearborn Street, Room 844_
                                       Address
                                       _Chicago_    _Illinois_    _60604_
                                       City          State        Zip Code
                                       _(312) 353-6993_
                                       Phone Number
                                       _(312) 353-5698_
                                       Fax Number
                                       _Chapa.Ruben@DOL.gov_
                                       E-mail Address

## CERTIFICATE OF SERVICE

I certify that one copy of the foregoing **Notice of Appearance** has been served this  12th  day of May, 2008 on the individual listed below via first class mail:

        Mr. David J. Jacobs
        c/o Northwestern Plating Works, Inc.
        261 Blackhawk Road
        **Riverside, Illinois   60546**

| | |
|---|---|
| **P.O. ADDRESS:** | __s/  Ruben R. Chapa__ |
| Office of the Solicitor | **RUBEN R. CHAPA** |
| 230 South Dearborn Street | U.S. Department of Labor |
| Suite 844 | An Attorney for **ELAINE l. CHAO** |
| Chicago, Illinois  60604 | Secretary, |
| Telephone:  (312) 353-6993 | United States Department of Labor, |
| Facsimile:  (312) 353-5698 | Plaintiff |
| Chapa.Ruben@DOL.gov | |
| IL Bar ID No.:  6215869 | |