# United States District Court for the Northern District of Illinois

Case Number: 08CV2725         Assigned/Issued By: DAJ

Judge Name: LINDBERG         Designated Magistrate Judge: KEYS

## FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☑ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

## ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                   _____
☐ Citation to Discover Assets      _____
                                   (Victim, Against and $ Amount)
☐ Writ _____
     (Type of Writ)

_2_ Original and _0_ copies on _05/12/08_ as to NORTHWESTERN PLATING
                                (Date)
WORKS, NORTHWESTERN PLATING WORKS PROFIT SHARING PLAN.

C:\wpwin80\docket\feeinfo.frm    03/14/05