UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Elaine L Chao
                              Plaintiff,

v.                                                  Case No.: 1:08–cv–02725
                                                  Honorable George W. Lindberg

David J. Jacobs, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Status hearing held. Defendants failed to appear. Plaintiff's request to find defendants David J. Jacobs,Northwestern Plating Works, Inc.and Northwestern Plating Works, Inc. Profit Sharing Plan to be in default is granted. Prove−up hearing set for 8/27/2008 at 9:30a.m.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.