UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
| | |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, | : |
| United States Department of Labor, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : No. 08-CV-02725 |
| v. | : |
| | : Hon. George W. Lindberg |
| **DAVID J. JACOBS, NORTHWESTERN** | : |
| **PLATING WORKS, INC.,** and | : |
| **NORTHWESTERN PLATING WORKS, INC.** | : |
| **PROFIT SHARING PLAN,** | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF HEARING

To:

David J. Jacobs                    Northwestern Plating Works, Inc.
261 Blackhawk Road                 c/o David J. Jacobs
Riverside, Illinois  60546-2301    261 Blackhawk Road
                                   Riverside, Illinois  60546-2301

Northwestern Plating Works, Inc. Profit Sharing Plan
c/o David J. Jacobs
261 Blackhawk Road
Riverside, Illinois  60546-2301

**Please take notice** that on August 1, 2008, plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by counsel, filed and properly served a **Motion for Judgment by Default** and a proposed **Judgment by Default** (see attached copies), the matter is scheduled to be heard on August 27, 2008, at 9:30 a.m., before the

Honorable George W. Lindberg, at the U.S. Courthouse, Courtroom 1425, 219 S. Dearborn, Chicago, Illinois 60604.

| | |
|---|---|
| P.O. Address:<br>Office of the Solicitor<br>U.S. Department of Labor<br>230 South Dearborn Street, Rm. 844<br>Chicago, Illinois 60604<br>Telephone: 312/353-3668<br>IL Bar No. 6215869<br>Tel. No.: 312/353-6993<br>Email: chapa.ruben@dol.gov | **GREGORY F. JACOB**<br>Solicitor of Labor<br><br>**JOAN E. GESTRIN**<br>Regional Solicitor<br><br>s/ Ruben R. Chapa<br>**RUBEN R. CHAPA**<br>Attorney<br>Attorney for **ELAINE L. CHAO**,<br>Secretary of Labor,<br>U.S. Dept. of Labor, Plaintiff |