# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Elaine L Chao

                    Plaintiff,

v.                                      Case No.: 1:08−cv−02725
                                        Honorable George W. Lindberg

David J. Jacobs, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

       MINUTE entry before the Honorable George W. Lindberg: MOTION by Plaintiff
Elaine L Chao for default judgment as to Defendants David J. Jacobs, Northwestern
Plating Works, Inc., and Northwestern plating Works, Inc. Profit Sharing Plan is granted.
Judgment is hereby entered against the defendants. Defendants Jacobs and NPW are
hereby liable for the total amount of $1,294,161.95 to the plan. Default judgment order to
follow. Civil case terminated.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.