Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2725 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Elaine E. Chao vs. David J. Jacobs, et al. | | |

**DOCKET ENTRY TEXT**

Enter default judgment against defendants.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 28 PM 12:56
FILED